#3029024



~FILED~
MAY -9 2022
At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

## 28 U.S.C. § 2254 HABEAS CORPUS PETITION
## CHALLENGING A PRISON DISCIPLINARY PROCEEDING

*[This form is for a State prisoner to challenge one prison disciplinary proceeding. If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or federal conviction, you need a different form.]*

| Name (under which you were convicted): | Case No. *[For a new case in this court, leave blank. The court will assign a case number.]* |
|---|---|
| Xxavier Jones | 3:22 CV 369 |
| Place of Confinement : Indiana State Prison | Earliest Possible Release Date: 5-20-29 |

*[Once you know your case number, it is UNDERLINED VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court. NEATLY print in ink (or type) your answers.]*

1. Name of facility holding the hearing: Indiana State Prison
   Date of hearing: 12 / 20 / 2021 . Case number: ISO 21-11-0008
   Offense: Controlled Substance
   Code # 202 .        Did you plead guilty? ○ Yes. ⊘ No.

2. Lost earned credit time? ○ No. ⊘ Yes, I lost __90__ days earned credit time.
   Was the loss of earned credit time suspended? ⊘ No. ○ Yes, it was suspended until: ___/___/___.
   If suspended, has it been imposed? ○ No. ○ Yes, it was imposed on: ___/___/___.

3. Demoted in credit class? ⊘ No. ○ Yes, I was demoted from Class ___ to Class ___.
   Was the demotion suspended? ○ No. ○ Yes, it was suspended until: ___/___/___.
   If suspended, has it been imposed? ○ No. ○ Yes, it was imposed on: ___/___/___.

4. Appealed to the Superintendent? ○ No. ⊘ Yes, the result was: denied appeal

5. Appealed to Final Reviewing Authority? ○ No. ⊘ Yes, the result was: denied appeal

6. Previously challenged this disciplinary hearing in federal court? ⊘ No. ○ Yes, case number: _____

7. Are you paying the $5.00 filing fee?
   ⊘ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.

   ○ No, I have attached a separate Prisoner Motion to Proceed In Forma Pauperis AND a copy of my inmate trust fund ledger for the past six months BECAUSE I have less than $15.00 now AND I have received an average of less than $15.00 a month during the past six months.

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

AO 241 (Rev. 9/17) (IN/ND Prison Disciplinary Rev. 2/20)

# GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

*[Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.*

**CAUTION: If you do not present every ground in this petition, you may be barred from doing so later.**

**GROUND ONE:** *[Briefly describe your claim.]* Insufficient evidence card used

**Supporting Facts:** *[Do not argue or cite law. Just state the specific facts that support your claim.]*

The reporting officer failed to fill out the state form 2287 (Evidence Record) properly, pursuant to policy. When she failed to state the exact location that evidence was stored after confiscation. The reasons of a guilty finding by the DHO was based on physical evidence - which is being shown inconclusive.

Did you present Ground One to the Final Reviewing Authority? ☑ Yes. ○ No, because _____

**GROUND TWO:** *[Briefly describe your claim.]* Unauthorized and inapplicable evidence was relied upon for a finding of guilty.

**Supporting Facts:** *[Do not argue or cite law. Just state the specific facts that support your claim.]*

The wrong test results were used at my hearing to find me guilty. The dates and times pre-dates the conduct report and screening records. Evidence relied upon was unauthorized and unreliable to support the DHO's decision.

Did you present Ground Two to the Final Reviewing Authority? ☑ Yes. ○ No, because _____

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

**GROUND THREE**: [*Briefly describe your claim.*] _____

_____

    Supporting Facts: [*Do not argue or cite law. Just state the specific facts that support your claim.*]

_____

_____

_____

_____

_____

_____

_____

_____

_____

Did you present Ground Three to the Final Reviewing Authority? ☐ Yes. ☐ No, because _____

_____.

**DOCUMENTS**

I have attached these documents from this disciplinary hearing: [*Check all that apply.*]

- ☑ Report of Conduct
- ☑ Screening Report
- ☑ Report of Disciplinary Hearing
- ☑ Letter from the Final Reviewing Authority
- ☑ Other relevant documents: Evidence record & Test results _____

_____

**RELIEF**

I ask for the following relief: Overturn the guilty decision, and reinstate

the earned good time credit that was lost

_____ or any other relief to which I may be entitled.

**DECLARATION AND SIGNATURE**

I placed this petition in the prison mail system on 4 /25/20 22 at 8:20 am/pm.

    [*Do not fill in this date and time until you give this petition to prison officials to send to the court.*]

I declare under penalty of perjury that all of the statements in this petition are true and agree I will promptly notify the court of any change of address.

Xxarin _____          226511 _____
Signature                                         Prisoner Number

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]